W. L. DRAUGHON, as Clerk of the Circuit Court, Lee County, and SWITZERLAND HOLDING COMPANY, a Florida corporation, v. MARTIN E. SHULTZ.

173 So. 363.
Opinion Filed March 23, 1937.

*Maguire & Voorhis,* for Appellants;

*Waller & Meginniss, Sheppard & Clements,* and *Wm. J. Wood,* for Appellee.

PER CURIAM.—This case is in all respects controlled by what has been decided this day in the companion case of W. L. Draughon, as Clerk of the Circuit Court for Lee County, Florida, and Seville Holding Company, a corporation, v. Martin E. Shultz, and therefore, upon authority of the case just referred to the decree in this case is

Affirmed.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD, and DAVIS, J. J., concur.